IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NUE, LLC d/b/a NUE SEATTLE,
individually and on behalf of all others
similarly situated,

        Plaintiff,

   v.

OREGON MUTUAL INSURANCE
COMPANY,

        Defendant.

No. 3:20-cv-01449-HZ

JUDGMENT

HERNÁNDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

    DATED: September 4, 2021 .

                                      _____
                                      MARCO A. HERNÁNDEZ
                                      United States District Judge

1 – JUDGMENT